**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TAWANNA JACKSON** **PLAINTIFF**

**v.** **Case No. 2:26-cv-81-JM**

**COLONY BRANDS, INC.,**
**d/b/a Swiss Colony** **DEFENDANT**

**ORDER**

Plaintiff Tawanna Jackson's Complaint (Doc. 2) is dismissed without prejudice for failure to prosecute. Jackson has neither responded to the Court's September 3, 2026 Order as directed nor made any attempt to work with Defendant to move toward arbitration (Doc. 13); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 5th day of October 2026.

UNITED STATES DISTRICT JUDGE