**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TAWANNA JACKSON** **PLAINTIFF**

**v.** **Case No. 2:26-cv-81-JM**

**COLONY BRANDS, INC.,**
**d/b/a Swiss Colony** **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day and previous Orders of this Court, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of October, 2026.

UNITED STATES DISTRICT JUDGE